Roy L. DANIEL, Appellant,

v.

STATE of Missouri, Respondent.

No. 73099.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 21, 1998.

Derek M. Rudman, Clayton, for appellant.

John P. Quarenghi, Asst. Pros. Atty., St. Louis County, Clayton, for respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J. and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant appeals the judgment and sentence entered upon his conviction by a jury of driving while intoxicated in violation of section 577.010 RSMo 1994 and of driving while revoked in violation of section 302.321 RSMo 1994. Defendant was sentenced to a total of eighteen months imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would serve no jurisprudential purpose. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).